**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH GIVENS, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and SELECT PORTFOLIO SERVICING INC.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02497-KJM-JDP<br><br>**ORDER EXTENDING DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Hon. Kimberly J. Mueller |

**ORDER**

Having considered the Joint Stipulation Extending Defendant Wells Fargo Bank, National Association's Time to Respond to the Complaint, and for good cause showing, the Court hereby orders as follows:

Wells Fargo's time to file its response to the Complaint is extended through and including February 26, 2021.

**IT IS SO ORDERED.**

DATED:  January 11, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE