**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH GIVENS, individually, and on behalf of herself and other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02497-KJM-JDP<br><br>**ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Hon. Kimberly J. Mueller |

**ORDER**

Having considered the Joint Request to Extend Time to File Dispositional Documents filed by Plaintiff Judith Givens and Defendant Select Portfolio Servicing, Inc. (together, the "Parties"), and for good cause showing, the Court hereby orders as follows:

The deadline for the Parties to file dispositional documents shall be extended through and including March 19, 2021.

**IT IS SO ORDERED.**

DATED: March 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE