**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH GIVENS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and SELECT PORTFOLIO SERVICING INC.,<br><br>Defendants. | Case No. 2:20-cv-02497-KJM-JDP<br><br>**ORDER EXTENDING DEADLINE TO FILE DISMISSAL PAPERS**<br><br>Hon. Judge Kimberly J. Mueller |

ORDER; CASE NO. 2:20-CV-02497-KJM-JDP

740318938

**ORDER**

Having considered the Joint Stipulation to Extend the Deadline to File Dismissal Papers submitted by Plaintiff Judith Givens and Defendant Wells Fargo Bank, N.A. (together the "Parties"), and for good cause showing, the extension requested by way of the stipulation is GRANTED. Accordingly, the Parties shall have through and including April 5, 2021 to file their dismissal documents pursuant to Local Rule 160(b). All other existing dates and deadlines in this matter remain unchanged.

**IT IS SO ORDERED.**

DATED: March 10, 2021.

CHIEF UNITED STATES DISTRICT JUDGE